# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

November 10, 2023

Lyle W. Cayce
Clerk

No. 23-40049
Summary Calendar

_____

United States of America,

*Plaintiff—Appellee*,

*versus*

Aureliano Escorcia-Martinez,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 5:22-CR-1023-1

_____

Before Higginbotham, Stewart, and Southwick, *Circuit Judges*.

Per Curiam:[*]

The Federal Public Defender appointed to represent Aureliano Escorcia-Martinez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Escorcia-Martinez has not filed a response. We have reviewed counsel's brief and the relevant portions of the

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

record reflected therein.  We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED.  *See* 5TH CIR. R. 42.2.